

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:  Areezo Daneshvar v. Dr. Yamuna Poornima Jaladanki and Dr. Agnes Ezike

Appellate case number:  01-22-00455-CV

Trial court case number:  2020-65457

Trial court:  125th District Court of Harris County

Todd E. Webb, of the Law Office of Todd E. Webb, has filed a motion for leave to withdraw as counsel for appellant, Areezo Daneshvar. *See* TEX. R. APP. P. 6.5(a), (b). The motion requests leave to withdraw because "[t]here are differences of opinion and strained communications between [Webb] and Ms. Daneshvar that render the attorney-client relationship irreconcilable."

The motion complies with the requirements of Texas Rule of Appellate Procedure 6.5. *See* TEX. R. APP. P. 6.5(a), (b). Further, the motion includes a certificate of conference representing that no party is opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, the motion is **granted**. The Clerk of this Court is directed to note the withdrawal of Todd E. Webb, of the Law Office of Todd E. Webb, as appellate counsel for appellant on the docket of this Court.

Todd E. Webb is directed to immediately notify appellant of "any deadlines or settings that [he] knows about at the time of withdrawal but that were not previously disclosed" to appellant and file a copy of the notice provided to appellant with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c)

It is so ORDERED.

Judge's signature: ____/s/ Amparo Guerra_____
☑ Acting individually  ☐ Acting for the Court

Date: ___January 19, 2023_____